FILED 08 MAY 09 12:23 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SUPERSEDING BILL OF INFORMATION
FOR CONDUCT ON POSTAL PROPERTY

PETTY OFFENSE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 08-042 |
| v. | * | SECTION: "B" (3) |
| CLARENCE PAUL DOROSAN | * | VIOLATION: 39 C.F.R. § 232.1(l) |
| | * | |
| * * * | | |

The United States Attorney charges that:

COUNT 1

On or about the 22nd day of October 2007, in the Eastern District of Louisiana, the defendant, **CLARENCE PAUL DOROSAN**, did carry, conceal, and store a firearm, to wit: a Springfield Armory Model XD-40, semi-automatic pistol, bearing serial no. US 431816 on postal property; that was the United States Postal Service postal employee parking lot at the United States

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Post Office, located in Gretna, Louisiana without official purpose; all in violation of Title 39, Code of Federal Regulations, Section 232.1(l).

                                          _____
JIM LETTEN
UNITED STATES ATTORNEY
LA Bar Roll No. 8517

                                          _____
JAN MASELLI MANN
First Assistant United States Attorney
LA Bar Roll No. 9020

                                          _____
ANDRE' JONES
Assistant United States Attorney
LA Bar Roll No. 23502

New Orleans, Louisiana
May 8, 2008

No. 08-042"B" (3)

# United States District Court
## FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

CLARENCE PAUL DOROSAN

SUPERSEDING BILL OF INFORMATION FOR CONDUCT ON POSTAL PROPERTY

Violation: 39 C.F.R., Section 232.1(l)

Filed _____ 20 08

_____, Clerk.

By _____, Deputy

ANDRE JONES
*Assistant United States Attorney*