MINUTE ENTRY
KNOWLES, MJ
JULY 2, 2008

MJSTAR: 03:00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO: 08-42 |
| CLARENCE PAUL DOROSAN | SECTION: "B" (3) |

CASE MANAGER: Peggy Koster            COURT REPORTER: David Zarek

**BENCH TRIAL**

APPEARANCES:   Andre Jones, Edward Rivera for the USA
               Roma A. Kent, Sarah Stone for Clarence DOROSAN

Court began at: 9:00 AM.
Counsel appear for the record.
NOTICE OF REMOVAL OF EXHIBITS DISTRIBUTED.
All present and ready.
Sequestration order given by the Court.
Plaintiff's witnesses: Sheldon Jones, Elemuel Coleman, John Campo, David Olivia, Norbert Lewis, Manuel Rodriguez sworn and testified.
Plaintiff's exhibits G6, G7, and G5 (remarked as exhibit G8) offered and admitted.
Defendant's exhibits 1A-1D, 2B-2F offered and admitted.
Plaintiff's exhibit G5 offered and admitted.
Defendant's exhibits 2A, 3A-3D offered and admitted.
Plaintiff's exhibits G1 - G4 offered and admitted.
Government rests.
Defendant's motion to dismiss pursuant to Rule 29 - DENIED.
Defendant's witnesses: Teddy Young sworn & testified.
Defendant rests.
Court find the defendant guilty as to ct 1 of the Superseding Bill of Information.
Defendant **sentenced** this date.
See Judgment for sentence.
Court adjourned.

AO 187(Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| UNITED STATES OF AMERICA | | VS. | | CLARENCE PAUL DOROSAN | | DISTRICT COURT Eastern District of Louisiana |
|---|---|---|---|---|---|---|

| PLAINTIFF'S ATTORNEY   Andre Jones & Edward Rivera | DEFENDANT'S ATTORNEY   Roma A. Kent & Sarah Stone | DOCKET NUMBER  CR 08-42  B |
|---|---|---|
| | | TRIAL DATE(S)   July 2, 2008 |
| PRESIDING JUDGE KNOWLES | COURT REPORTER  David Zarek | CASE MANAGER  Peggy Koster |

| PLT. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| G1 | | 7/2/08 | X | X | USPS Orientation for New Employees, Participant Handbook |
| G2 | | 7/2/08 | X | X | USPS Individual Training Record (Gretna) |
| G3 | | 7/2/08 | X | X | Site Plan for the USPS  Gretna Post Office |
| G4 | | 7/2/08 | X | X | Facility Detail Report |
| G5 | | 7/2/08 | X | X | Photographs of clock-in area |
| G6 | | 7/2/08 | X | X | 1 - .40 caliber Springfield Armory magazine with 13 loaded round and 3 loose casings * |
| G7 | | 7/2/08 | X | X | 1- Springfield Armory XD .40 caliber semi-automatic handgun stainless steel/black serial number US431816 * |
| G8 | | 7/2/08 | X | X | Photographs of the gate area |
| | | | | | |
| | 1A | 7/2/08 | X | X | Photo of signs on gate |
| | 1B | 7/2/08 | X | X | Close-up Photo of sign re: vehicles and their contents |
| | 1C | 7/2/08 | X | X | Photo of signs on gate |
| | 1D | 7/2/08 | X | X | Photo of open gate |
| | 2A | 7/2/08 | X | X | Photo of double glass doors w/US Postal Service Sign above door |
| | 2B | 7/2/08 | X | X | Close-up Photo of sign on door re: security alert |
| | 2C | 7/2/08 | X | X | Photo of signs on door |
| | 2D | 7/2/08 | X | X | Photo close-up of door with signs |
| | 2E | 7/2/08 | X | X | Photo of Exit door with sign |
| | 2F | 7/2/08 | X | X | Close-up photo of Exit door with sign |
| | 3A | 7/2/08 | X | X | Close-up photo of warning sign on door |
| | 3B | 7/2/08 | X | X | Photo of enterior |
| | 3C | 7/2/08 | X | X | Photo of glass covered bulletin board |
| | 3D | 7/2/08 | X | X | Photo of bulletin board |

*Agent Sheldon Jones has custody of these exhibits

Page 1 of ___1___ Pages

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| versus | NO. 08-42 |
| CLARENCE PAUL DOROSAN | SECTION: B (3) |

NOTICE OF REMOVAL OF EXHIBITS

    Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 30 days from final disposition of the case. It shall be the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 30 days of the final disposition of the case.

    LOCAL RULE 79.3 states "All exhibits in the custody of the Clerk shall be removed within 30 days of the final disposition of the case. The party offering exhibits shall be responsible for their removal and shall give a detailed receipt for the Clerk's records. If the parties or their attorneys fail or refuse to remove exhibits within 30 days, the exhibits may be destroyed or otherwise disposed of by the Clerk."

    Distributed this   2nd   day of    July, 2008.

By: s/Peggy Koster
DEPUTY CLERK

*THERE WILL BE NO FURTHER NOTICE ISSUED BY THE COURT REGARDING THE REMOVAL OR DESTRUCTION OF EXHIBITS

Copy: Andre Jones
       Roma A. Kent